■ JULIAN E. CARTER, Also Known as ED CARTER, Appellant, v JAN MALOFF, Individually and Doing Business as DEWITT MEMORIAL FUNERAL HOME, et al., Respondents. (Appeal No. 2.) [673 NYS2d 347] —Order unanimously reversed on the law without costs, motions and application denied and complaint reinstated. Same Memorandum as in *Carter v Maloff* (251 AD2d 979 [decided herewith]). (Appeal from Order of Supreme Court, Onondaga County, Tormey, III, J.—Preclusion.) Present—Green, J. P., Lawton, Pigott, Jr., and Balio, JJ.